UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:02-cv-1232-DFH-TAB |
| | ) |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendant. | ) |

ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel were afforded due opportunity pursuant to statute and the rules of this court to file objections. No objections were filed. The court, having considered the Magistrate Judge's Report, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, defendant's motion for summary judgment is GRANTED, and this action is dismissed with prejudice. Final judgment will be entered.

So ordered.

Date:  5/2/2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Juliana Beth Pierce
INDIANA STATE ATTORNEY GENERAL
jpierce@atg.state.in.us

Kenneth T. Roberts
ROBERTS & BISHOP
ktrobatty@aol.com

Michael T. Wallace
ROBERTS & BISHOP
mwallace@roberts-bishop.com